UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, SR., | No. 2:15-cv-2292 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZARRAGA, | |
| Respondent. | |

On November 12, 2015, the undersigned magistrate judge recommended that the petition be summarily dismissed pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, and directed the assignment of a district judge to review this recommendation. (ECF No. 4.) However, court records reveal that petitioner has filed a notice of consent to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 302. (ECF No. 5.) As respondent has not been served, petitioner is the only party to this action.

Petitioner has filed objections to the findings and recommendations. (ECF No. 6.) Having reviewed this filing, the undersigned concludes there is no basis for modifying its prior conclusion that this action should be summarily dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed November 12, 2015 as an order; and (b) withdraw the assignment of a

1

1  district judge to this action; and

2      2. For the reasons stated in this court's order filed November 12, 2015, this action is

3  summarily dismissed pursuant to Rule 4.

4  Dated: December 8, 2015

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

9  2/gool2292.cb